**Nolan WHITAKER, Plaintiff–Appellant,**

v.

**ELECTRONIC DATA SYSTEMS CORPORATION, et al., Defendant–Appellees.**

No. 07–5940.

United States Court of Appeals, Sixth Circuit.

Sept. 8, 2008.

BEFORE: COLE and GRIFFIN, Circuit Judges; SARGUS, District Judge.*

SARGUS, District Judge.

The Appellant, Nolan Whitaker ("Whitaker"), appeals the summary judgment rendered by the district court in favor of the Appellee, Electronic Data Systems Corporation ("Electronic Data"). Whitaker contends that his former employer, Electronic Data, retaliated against him for asserting his rights under the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq.,* interfered with his rights under the FMLA, and discriminated against him. in violation of the Kentucky Civil Rights Act, Ky.Rev.Stat. § 344.040.

After carefully reviewing the record, the applicable law, and the parties' briefs, we are convinced that the district court did not err. The opinion issued by the district court correctly sets forth the law governing the issues raised in this case. Therefore, we AFFIRM the district court's summary judgment for the reasons set forth in the thorough opinion of the district court.

---

* The Honorable Edmund A. Sargus, Jr., United States District Judge for the Southern District of Ohio, sitting by designation.